**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

| | |
|---|---|
| SHELTER MUTUAL INSURANCE COMPANY | CIVIL ACTION NO. 25-1535 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ANDRE WOODLEY, ET AL. | MAGISTRATE JUDGE HORNSBY |

**DEFAULT JUDGMENT**

Considering the foregoing Motion for Default Judgment (Record Document 16),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion filed by Shelter Mutual Insurance Company ("Shelter") is **GRANTED** and that a declaratory judgment be and is hereby entered in favor of Shelter and against Defendants, Andre Woodley and Lil Woodley's Trucking, LLC, as follows:

1) The policy of automobile insurance issued by Shelter to Andre J Woodley, Sr. and Cynthia Woodley (Policy Number 17-1-11092973-4) does not provide coverage to Andre Woodley for the claims and damages alleged against him in the suit styled Jacob Rice v. Andre Woodley and Lil Woodley's Trucking LLC; Civil Action No. 1:25-cv-331; United States District Court; Eastern District of Texas; Beaumont Division;

2) The policy of automobile insurance issued by Shelter to Andre J Woodley, Sr. and Cynthia Woodley (Policy Number 17-1-11092973-4) does not provide coverage to Lil Woodley's Trucking, LLC for the claims and damages alleged against it in the suit styled Jacob Rice v. Andre Woodley and Lil Woodley's Trucking LLC; Civil Action No. 1:25-cv-331; United States District Court; Eastern District of Texas; Beaumont Division; and

3) Shelter does not owe a duty to defend or to indemnify Andre Woodley or Lil Woodley's Trucking, LLC, regarding the claims and damages alleged against them in the

suit styled <u>Jacob Rice v. Andre Woodley and Lil Woodley's Trucking LLC</u>; Civil Action No.

1:25-cv-331; United States District Court; Eastern District of Texas; Beaumont Division.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 18th day of May, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT